# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scalia, Antonin | Supreme Court of the U.S. | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Supreme Court of the U.S.
One First Street, N.E.
Washington, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Colgate University - Donation to charitable organization | $1,000.00 |
| 2. 2013 | Duke University - Teaching | $6,000.00 |
| 3. 2013 | Pennsylvania State University - Teaching | $5,000.00 |
| 4. 2013 | Southern Methodist University - Teaching | $10,000.00 |
| 5. 2013 | Tufts University - Teaching | $5,500.00 |
| 6. 2013 | West Services Inc. - Book royalities | $76,913.38 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | March 2 | Naples, FL | Speech | Transportation, Food |
| 2. | Association of American Law Schools | January 5 | New Orleans, LA | Speech | Transportation, Food |
| 3. | Association of Business Trial Lawyers | August 20 | San Francisco, CA | Speech | Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Association of Business Trial Lawyers | August 21 | San Diego, CA | Speech | Transportation |
| 5. | Brooklyn Bar Association | September 23 | New York, NY | Speech | Transportation, Food, and Lodging |
| 6. | Cardozo School of Law | October 16 | New York, NY | Lecture | Transportation, Food, and Lodging |
| 7. | Duke University | June 11 | Durham, NC | Teaching | Transportation, Food, and Lodging |
| 8. | Federalist Society | August 19 | Bozeman, MT | Speech | Transportation, Food |
| 9. | Federalist Society | August 22-23 | Park City, UT | CLE Course | Transportation, Food, and Lodging |
| 10. | Federalist Society | October 11 | Baton Rouge, LA | Speech | Transportation, Food |
| 11. | First Baptist Jackson | January 25 | Jackson, MS | Speech | Transportation, Food |
| 12. | Holy Name Society | April 14 | New York, NY | Speech | Transportation, Food, and Lodging |
| 13. | Istituto Bruno Leoni | May 24-27 | Turin, Italy | Speech | Transportation, Food, and Lodging |
| 14. | John's Island Club | April 2 | Vero Beach, FL | Speech | Transportation, Food |
| 15. | Lawyer's Club of Chicago | April 9 | Chicago, IL | Speech | Transportation, Food |
| 16. | Mark Lanier | September 6 | Houston, TX | Speech | Transportation, Food, and Lodging |
| 17. | Mentor Group | September 11-13 | Berlin, Germany | Speeches | Transportation, Food, and Lodging |
| 18. | North Carolina Bar Association | June 20-21 | Ashville, NC | Speech | Transportation, Food, and Lodging |
| 19. | Pennsylvania State University | July 1-11 | Florence, Italy | Teaching | Transportation, Food, and Lodging |
| 20. | Southern Methodist University | January 28-29 | Dallas, TX | Teaching | Transportation, Food |
| 21. | Supreme Court Historical Society | March 13 | New York, NY | Dinner | Transportation, Food, and Lodging |
| 22. | Supreme Court of Texas | November 11 | Austin, TX | Speech | Transportation, Food, and Lodging |
| 23. | Tufts University | October 2 | Medford, MA | Teaching | Transportation, Food, and Lodging |
| 24. | University of Memphis | December 16 | Memphis, TN | Lectures | Transportation, Food |
| 25. | University of New Hampshire | March 22 | Concord, NH | Lecture | Transportation, Food |
| 26. | Universidad Peruana de Ciencias Aplicadas | March 6-11 | Lima, Peru | Lectures | Transportation, Food, and Lodging |
| 27. | Utah State Bar | July 20 | Snowmass, CO | Speech | Transportation, Food, and Lodging |
| 28. | Yeshiva University | November 6 | New York, NY | Speech | Transportation, Food, and Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | A | Interest | K | T | Sold (part) | 08/01/13 | K | A | |
| 2. Capital One Bank | A | Interest | K | T | | | | | |
| 3. American Funds Growth Fund of America 529F1 (CGFFX) | D | Distribution | M | T | Buy (add'l) | 11/11/13 | K | | |
| 4. Harbor Bond Fund Inst (HABDX) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 5. | | | | | Sold (part) | 10/03/13 | K | B | |
| 6. Ivy Science & Technology (ISTIX) | | None | J | T | Sold (part) | 02/13/13 | J | C | |
| 7. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 8. | | | | | Sold (part) | 09/18/13 | J | A | |
| 9. | | | | | Sold (part) | 10/03/13 | K | E | |
| 10. Oppenheimer Gold & Prec Metals (OPGSX) | | None | | | Buy (add'l) | 02/13/13 | J | | |
| 11. | | | | | Sold (part) | 05/03/13 | J | A | |
| 12. | | | | | Sold | 06/24/13 | J | A | |
| 13. Templeton Global Bond (TGBAX) | B | Dividend | J | T | Sold (part) | 02/13/13 | J | A | |
| 14. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 15. | | | | | Sold (part) | 10/03/13 | L | D | |
| 16. Vanguard Short-Term Bond Fund (VBSSX) | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 17. | | | | | Sold (part) | 10/03/13 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Sold (part) | 02/13/13 | J | A | |
| 19. | | | | | Sold (part) | 05/03/13 | J | A | |
| 20. | | | | | Sold (part) | 10/03/13 | L | E | |
| 21. Berkshire Hathaway Class B common shares (BRKB) | | None | J | T | Buy (add'l) | 02/13/13 | J | | |
| 22. | | | | | Sold (part) | 05/03/13 | J | B | |
| 23. | | | | | Sold (part) | 10/03/13 | K | E | |
| 24. ING Fixed Index Annuity | E | Dividend | N | T | | | | | |
| 25. SPDR Gold Trust ETF (GLD) | | None | K | T | Sold (part) | 10/03/13 | K | A | |
| 26. Wells Fargo High Yield Bond (SHYYX) | C | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 27. | | | | | Sold (part) | 10/03/13 | L | D | |
| 28. Vanguard Energy ETF (VDE) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 29. | | | | | Sold (part) | 10/03/13 | K | D | |
| 30. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Sold (part) | 05/03/13 | J | B | |
| 31. | | | | | Sold (part) | 10/03/13 | K | E | |
| 32. Fidelity Floating Rate High Yield Bond Fund (FFRHX) | B | Dividend | J | T | Sold (part) | 10/03/13 | L | B | |
| 33. American Funds AMCAP 529F1 (CAFFX) | A | Dividend | K | T | Sold (part) | 07/26/13 | J | A | |
| 34. | | | | | Buy (add'l) | 11/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds Capital World Bond 529F1 (CCWFX) | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 36. American Funds EuroPacific Gr 529F1 (CEUFX) | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 37. American Funds Interm Bond Fund 529F1(CBOFX) | A | Dividend | J | T | Sold (part) | 07/26/13 | J | A | |
| 38. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 39. American Funds Sh-Tm Bond Fd 529F1 (CFAMX) | A | Dividend | J | T | Sold (part) | 07/26/13 | J | A | |
| 40. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 41. American Funds US Govt Sec 529F1 (CGTFX) | A | Dividend | | | Sold | 07/26/13 | J | A | |
| 42. American Funds Wash Mutual 529F1 (CWMFX) | A | Dividend | J | T | Sold (part) | 07/26/13 | J | A | |
| 43. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 44. Charles Schwab Cash Sweep Account | A | Interest | L | T | | | | | |
| 45. Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 46. | | | | | Sold (part) | 10/03/13 | K | A | |
| 47. Rental Property, Charlottesville, VA (2008 $165,000) | D | Rent | M | R | | | | | |
| 48. Eagle MLP Strategy I (EGLIX) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 49. | | | | | Sold (part) | 10/03/13 | K | C | |
| 50. ELEMENTS Rogers Intl Commodity Agri ETN (RJA) | | None | | | Buy (add'l) | 02/13/13 | J | | |
| 51. | | | | | Sold | 06/25/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ING Real Estate Instl (CRARX) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 53. | | | | | Sold (part) | 10/03/13 | K | A | |
| 54. Tweedy, Browne Global Value (TBGVX) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 55. | | | | | Sold (part) | 05/03/13 | J | A | |
| 56. | | | | | Sold (part) | 10/03/13 | K | B | |
| 57. Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Sold (part) | 02/13/13 | J | A | |
| 58. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 59. | | | | | Sold (part) | 10/03/13 | K | D | |
| 60. Vanguard Inflation Protected Securities Fund (VAIPX) | A | Dividend | J | T | Buy (add'l) | 02/14/13 | J | | |
| 61. | | | | | Sold (part) | 02/14/13 | K | B | |
| 62. | | | | | Sold (part) | 10/03/13 | L | C | |
| 63. Schwab US Small-Cap ETF (SCHA) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 64. Schwab US Broad Market ETF (SCHB) | A | Dividend | M | T | Buy | 10/03/13 | M | | |
| 65. | | | | | Sold (part) | 12/05/13 | K | A | |
| 66. Schwab International Small-Cap ETF (SCHC) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 67. Schwab Emerging Markets ETF (SCHE) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 68. Schwab International Equity ETF (SCHF) | A | Dividend | J | T | Buy | 10/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab US Large-Cap Growth ETF (SCHG) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 70. Schwab US Mid-Cap ETF (SCHM) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 71. Schwab US Large-Cap Value ETF (SCHV) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 72. Schwab US Aggregate Bond ETF (SCHZ) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 73. iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 74. | | | | | Sold (part) | 12/05/13 | J | A | |
| 75. American Funds Income Fnd of Amer 529F1 (CIMFX) | A | Dividend | J | T | Buy | 11/11/13 | J | | |
| 76. American Funds SmallCap World Fund 529F (CSPFX) | A | Distribution | J | T | Buy | 11/11/13 | J | | |
| 77. American Funds EuroPacific Growth F1 (AEGFX) | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 78. American Funds EuroPacific Growth F2 (AEPFX) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 79. | | | | | Sold (part) | 12/05/13 | J | A | |
| 80. MFS Intl New Discovery (MWNIX) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 81. | | | | | Sold (part) | 12/05/13 | J | A | |
| 82. Goldman Sachs N-11 Equity Instl (GSYIX) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 83. | | | | | Sold (part) | 12/05/13 | J | A | |
| 84. Invesco Developing Markets Y (GTDYX)) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 85. Morgan Stanley Inst Global Franchise (MSFAX) | B | Dividend | K | T | Buy | 10/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/05/13 | J | A | |
| 87. Doubleline Total Return Bond I (DBLTX) | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 88. | | | | | Sold (part) | 12/05/13 | J | A | |
| 89. PIMCO Total Return ETF (BOND) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 90. PIMCO Total Return Instl (PTTRX) | B | Dividend | M | T | Buy | 10/03/13 | M | | |
| 91. | | | | | Sold (part) | 12/05/13 | J | A | |
| 92. Westcore Plus Bond Instl (WIIBX) | B | Dividend | M | T | Buy | 10/03/13 | M | | |
| 93. | | | | | Sold (part) | 12/05/13 | J | A | |
| 94. PIMCO All Asset All Authority (PAUIX) | B | Dividend | K | T | Buy | 10/03/13 | L | | |
| 95. | | | | | Sold (part) | 12/05/13 | J | A | |
| 96. Eaton Vance Global Macro Absolute Return (EIGMX) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 97. | | | | | Sold (part) | 12/05/13 | J | A | |
| 98. JP Morgan Strategic Income Opps Sel (JSOSX) | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 99. | | | | | Sold (part) | 12/05/13 | J | A | |
| 100. Trust #1 | E | Dividend | O | T | | | | | |
| 101. -BIF Money Fund (cash account) | | | | | | | | | |
| 102. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 04/11/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/13/13 | L | E | |
| 104. -BlackRock Global Sm Cap Fund Instl (MAGCX) | | | | | Sold (part) | 04/11/13 | J | A | |
| 105. | | | | | Sold (part) | 11/13/13 | K | D | |
| 106. -BlackRock Equity Dividend Instl (MADVX) | | | | | Sold (part) | 04/11/13 | J | B | |
| 107. | | | | | Sold (part) | 11/13/13 | J | C | |
| 108. -BlackRock Global Allocation instl (MALOX) | | | | | Sold (part) | 04/11/13 | J | A | |
| 109. | | | | | Sold (part) | 11/13/13 | K | D | |
| 110. -BlackRock Core Bond Port Instl (BFMCX) | | | | | Sold (part) | 11/13/13 | K | A | |
| 111. -BlackRock Capital Appreciation Fund Inc Instl (MAFGX) | | | | | Sold (part) | 04/11/13 | J | A | |
| 112. | | | | | Sold (part) | 11/13/13 | J | B | |
| 113. -BlackRock Inflation Protected Bond Inst (BPRIX) | | | | | Sold | 11/13/13 | K | A | |
| 114. -BlackRock Strategic Income Opps Inst (BSIIX) | | | | | Sold (part) | 11/13/13 | J | A | |
| 115. -BlackRock Global Dividend Inc Portfolio Inst (BIBDX) | | | | | Sold (part) | 04/11/13 | J | A | |
| 116. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 117. -BlackRock Mid CapValue Opps Inst (MARFX) | | | | | Sold (part) | 11/13/13 | K | D | |
| 118. -BlackRock Large Cap Growth Fund Instl (MALHX) | | | | | Buy (add'l) | 11/13/13 | M | | |
| 119. | | | | | Sold (part) | 11/25/13 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BlackRock Large Cap Value Fund Instl (MALVX) | | | | | Buy | 11/13/13 | L | | |
| 121. -BlackRock Low Duration Bond Instl (BFMSX) | | | | | Buy | 11/13/13 | K | | |
| 122. -BlackRock Intl Opp Port Inst (BISIX) | | | | | Buy | 11/13/13 | K | | |
| 123. -BlackRock GNMA Inst (BGNIX) | | | | | Buy | 11/13/13 | K | | |
| 124. -BlackRock Hi Yld Bd Portfolio Inst Cl (BHYIX) | | | | | Buy | 11/13/13 | J | | |
| 125. -iShares Russell 1000 Growth (IWF) | | | | | Buy | 11/26/13 | L | | |
| 126. Trust #2 | D | Dividend | N | T | | | | | |
| 127. -Schwab Adv Cash Reserves (Money Market Fund) | | | | | | | | | |
| 128. -American Funds EuroPacific Growth F (AEGFX) | | | | | | | | | |
| 129. -Berkshire Hathaway Class B common shares (BRKB) | | | | | Sold (part) | 05/03/13 | J | A | |
| 130. -Fidelity Floating Rate High Yield Bond Fund (FFRHX) | | | | | | | | | |
| 131. -Harbor Bond Fund Inst (HABDX) | | | | | | | | | |
| 132. -Ivy Science & Technology (ISTIX) | | | | | | | | | |
| 133. -Oppenheimer Gold & Prec Metals (OPGSX) | | | | | Sold (part) | 05/03/13 | J | A | |
| 134. | | | | | Sold | 06/24/13 | J | A | |
| 135. -Templeton Global Bond (TGBAX) | | | | | | | | | |
| 136. -Vanguard Emerging Market ETF (VWO) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Energy ETF (VDE) | | | | | | | | | |
| 138. -Vanguard Mid Cap ETF (VO) | | | | | Sold (part) | 05/03/13 | J | A | |
| 139. -Vanguard Short-Term Bond Fund (VBSSX) | | | | | | | | | |
| 140. -Vanguard Total Stock Market ETF (VTI) | | | | | Sold (part) | 05/03/13 | J | A | |
| 141. -Wells Fargo High Yield Bond (SHYYX) | | | | | | | | | |
| 142. -Elements Rogers Agri Commodity ETF (RJA) | | | | | Sold | 06/25/13 | K | A | |
| 143. -c5 SL I Limited Partnership | | | | | | | | | |
| 144. -Eagle MLP Strategy I (EGLIX) | | | | | | | | | |
| 145. -ING Real Estate Instl (CRARX | | | | | Sold (part) | 05/03/13 | J | A | |
| 146. -SPDR Gold Shares (GLD) | | | | | | | | | |
| 147. -Tweedy, Browne Global Value (TBGVX) | | | | | | | | | |
| 148. -Vanguard Small Cap ETF (VB) | | | | | Buy (add'l) | 05/03/13 | J | | |
| 149. -Vanguard Inflation Protected Securities Fund Adm Sh(VAIPX) | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Antonin Scalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544